**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
|  | * |  |
| **vs.** | * | **Case No.** |
|  | * |  |
|  | ****** |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, _____ , a copy _____

_____,

which was electronically filed in this case on _____, _____, was

mailed via first class mail, postage prepaid, to _____

_____.

_____

_____
*Printed Name               Bar Number*

_____
*Address*

_____
*City/State/Zip*

_____
*Phone No.                  Fax No.*