# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# COURT FILE NO.: 1:15-CV-03573-JFM

| | |
|---|---|
| Brenda Wolfe, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, c/o CSC Lawyers Incorporating Service Company, Resident Agent<br><br>　　　　　Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and Defendants herein by and through their attorneys, that the above-entitled action against all Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: May 10, 2016

Respectfully submitted,

**ROBERT N. GROSSBART**
By: /s/ Robert N. Grossbart
Robert N. Grossbart, Esquire
Attorney I.D.#04116
1 North Charles Street, Suite 1214
Baltimore, MD 21201
Telephone: (410 )837-0590
Facsimile: (410) 837-0085
Robert@grossbartlaw.com.

**ATTORNEY FOR PLAINTIFF**